IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank,<br><br>Plaintiff,<br><br>v.<br><br>1519 Building Corp. a/k/a 1519 Building Corporation, an Illinois corporation; Ellen L. Boetticher; Kevin Scanlon; Illinois Department of Labor,<br><br>Defendants. | Case No. 13 cv 6358<br><br>Assigned Judge: Robert W. Gettleman<br><br>Magistrate Judge: Young B. Kim<br>Property Address; 1519 172nd St.<br>Hazel Crest, IL 60429 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

1519 Building Corp. a/k./a 1519 Building Corporation, an Illinois corporation; Ellen l. Boetticher; and Illinois Department of Labor, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, National Association, successor in interest by merger to National City Bank

By: /s/ Christopher S. Fowler
One of Its Attorneys

James M. Crowley (ARDC #6182597)
Christopher S. Fowler (ARDC#6282889
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
cfowler@crowley lamb.com