# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank<br><br>Plaintiff<br><br>Vs<br><br>1519 Building Corp. a/k/a 1519 Building Corporation, an Illinois corporation; Ellen L. Boetticher; Kevin Scanlon; State of Illinois Department of Employment Security,<br><br>Defendants. | Case No. 13 cv 6358<br>Assigned Judge: Robert W. Gettlemen<br>Magistrate Judge: Young B. Kim<br><br>Property Address: 1519 172nd Street<br>Hazel Crest, IL 60429 |

## MOTION FOR JUDGMENT ON GUARANTY OF ELLEN L. BOETTICHER

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of judgment on Count III of its First Amended Complaint alleging breach of guaranty against Ellen L. Boetticher.

In support thereof, PNC Bank, National Association, successor in interest by merger to National City Bank, states an order of default was entered against Ellen L. Boetticher on February 18, 2014. See Exhibit A attached hereto. Based on the affidavit of James Rhea submitted in connection with the Motion for Judgment, Ellen L. Boetticher was in default under the terms of her Guaranty, and as a result was liable for all amounts due PNC Bank in connection with the Promissory Note dated August 17, 2007 in the original amount of $120,000.00.

As noted in the sale officer's report of sale and distribution, a deficiency of $87,510.32 has arisen following the judicial sale of the subject property. As alleged in Count III of Plaintiff's First Amended Complaint, Ellen L. Boetticher executed an unconditional guarantee whereby she agreed to pay all monies due in connection with the loan. A copy of the guaranty is attached hereto as

Exhibit B. Accordingly, personal judgment should be entered against Ellen L. Boetticher in the amount of $87,510.32, pursuant to Count III of Plaintiff's First Amended Complaint.

Wherefore, PNC Bank, National Association, prays this Court enters judgment against Ellen L. Boetticher in the amount of $87,510.32 and for such other and further relief to which PNC Bank National Association, as successor in interest by merger to National City Bank may be entitled.

> PNC Bank, National Association, as successor in interest by merger to National City Bank
>
> By:/s/Christopher S. Fowler
> One of Its Attorneys

James M. Crowley (ARDC#6182597)
Christopher S. Fowler (ARDC#6282889)
Crowley & Lamb, P.C.
22 North LaSalle Street
Suite 1550
Chicago, IL 60601
jcrowley@crowleylamb.com
cfowler@crowleylamb.com